3/13/26 5:00PM

☑ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

**In re:**  **James Earl Belton**                                      **Case No. 25-22423**

**Debtors:**                                                          **Chapter 13**

---

### CHAPTER 13 PLAN

---

**ADDRESS:**     **(1)**  **4833 Tutwiler Avenue**            **(2)** _____
                      **Memphis, TN 38122**                          _____

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **984.00** _____  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
   ☐ **PAYROLL DEDUCTION** From: _____ **OR ( X ) DIRECT PAY**

   **Debtor(2)** shall pay $ _____  (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From: _____ **OR (    ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   **(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**       ☐ **YES**      ☑ **NO**
   **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**       ☑ **YES**      ☐ **NO**
        **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
   **(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**      ☐ **YES**      ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT**:                                              Monthly Plan Payment:

**None**        Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
              ongoing payment begins _____      $ _____
              Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____   Amount _____   $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

| | | | |
|---|---|---|---|
| **New Rez** | ongoing payment begins | **Paid Out Side Plan** | $ |
| | Approximate arrearage: | Interest | $ |
| **Bank of America** | ongoing payment begins | **December 1, 2025** Interest **4.00%** | **$ 277.00** |
| | Approximate arrearage | **$ 14,987.58** | |

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Service Finance** | **$ 12,000.00** | **4.00%** | **$ 230.00** |
| **Connexux Credit Union** | **$ 7,577.00** | **8.25%** | **$ 369.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| | | | |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                                                           Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**None** _____     ☐     Not provided for   **OR**  ☐     General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $77,948.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐          _____ **%, OR,**
☑          **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

**None** _____     ☐     Assumes   **OR**  ☐     Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**None** _____

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.

**/s/ JEROME C. PAYNE** _____          **Date  March 13, 2026** _____ .
**JEROME C. PAYNE 16243**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com